```
                IN THE UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF ARIZONA
```

| | |
|---|---|
| Paul Wesley Daly, | No. CV 07-1884-PHX-MHM |
| Petitioner, | **ORDER** |
| vs. | |
| Dora B. Schriro, et al. | |
| Respondents. | |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on October 2, 2007. On February 7, 2008, Respondents filed their response to Petitioner's Petition for Writ of Habeas Corpus arguing that Petitioner's action for habeas relief was not timely filed. On March 14, 2008, the Magistrate Judge issued his Report and Recommendation recommending that the petition be denied and dismissed with preudice.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge. The petition is untimely and barred by the statute of limitations.

IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court [11].

1    IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is denied
2 and dismissed with prejudice [1].
3    IT IS FURTHER ORDERED that Petitioner's Motion for Certificate of Appealability
4 [doc. 12] is hereby construed as a Notice of Appeal. The Clerk shall proceed with
5 processing.
6    IT IS FURTHER ORDERED that Petitioner's Motion for Status of Case is denied as
7 moot [13].
8    IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.
9    DATED this 4th day of June, 2008.

_____
Mary H. Murgula
United States District Judge